ALEXANDER W. CLAPP, Appellant, v. CATHERINE HUNTER, Respondent. NELLY V. B. CLAPP and Others, Appellants, and Others.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

WILLIAM Z. CLEARY, Respondent, v. WEST SHORE GAS COMPANY and Another, Appellants.— Appeal dismissed, without costs.    Present —Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

JOSEPH COHEN, an Infant, etc., Appellant, v. THE CITY OF NEW YORK, Respondent.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE COMMISSIONER OF PUBLIC CHARITIES, etc., on the Complaint of ANNA COOPER, Respondent, v. JAMES COLTON, Appellant.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

GUIDO CONSENTINO, Respondent, v. ILLINOIS SURETY COMPANY, Appellant.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

CONSUMERS PARK BREWING COMPANY, Appellant, v. CHARLES BRAITCH, Respondent.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

KATIE DANGLER, Respondent, v. MORRIS DANGLER, Appellant.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam and Jaycox, JJ.

WILLIAM DENSDORF, Appellant, v. NEW YORK REAL ESTATE IMPROVEMENT COMPANY, Respondent.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

THE FRED GRETSCH MANUFACTURING COMPANY, Appellant, v. HANS HOHNER, Respondent, and Others, Defendants.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

ANSEL L. FREEMAN, Respondent, v. JOHN J. LEONARD and Others, Defendants.    PHILIP J. SHERIDAN, Appellant.— Appeal dismissed, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

EDWARD V. GAMBIER, Trustee, Appellant, v. THE CITY AND COUNTY CONTRACT COMPANY and Another, Respondents.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

NORMAN C. HARRIS, Respondent, v. WILLIAM KEATING, Appellant.—. Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MORRIS S. HERMANN, Respondent, v. NEW ENGLAND NAVIGATION COMPANY, Appellant.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

HIERONIMUS A. HEROLD, Respondent, v. KATHERINE S. DE VALENCIA, Appellant.— Appeal dismissed, without costs.    Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.